**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Leo Goldfeld, | NO. C 06-03204 JW |
| Plaintiff, v. | **ORDER DIRECTING DEFENDANT TO RENOTICE MOTION TO DISMISS AND CONTINUING PLAINTIFF'S MOTION TO REMAND TO SEPTEMBER 25, 2006** |
| HTC Corporation, | |
| Defendant. | |

Pursuant to the Reassignment Order, Defendant shall renotice its Motion to Dismiss before this Court. Due to the Court's own unavailability, the Court sets **September 25, 2006 at 9 a.m.** as the hearing date for both motions: 1) Defendant's Motion to Dismiss and 2) Plaintiff's Motion for Remand which has been renoticed for September 11, 2006. This continuance is to also coincide with the case management conference presently scheduled on September 25, 2006 at 10 a.m.

The parties shall comply with the briefing schedule pursuant to the Civil Local Rules of this Court.

Dated:  June 22, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Glen S. Umeda umeda@lbbslaw.com
Gordon J. Fine fine@lbbslaw.com
Renee C. Day rday@bohnlaw.com
Robert H. Bohn Jr. Rob@bohnlaw.com

**Dated:   June 22, 2006**                                  **Richard W. Wieking, Clerk**


**By:     /s/ JW Chambers**
         **Melissa Peralta**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California